**UNITED STATES OF AMERICA,**

    v.

**JEROD MONTREL ASKEW,**

    **Defendant**

**CRIMINAL NO. 2:21cr8**

**DATE: January 26, 2022**

## RESPONSE

Dear Senior US District Court Judge Smith,

The following is the US Marshals Service (USMS) response to your Show Cause order dated January 24, 2022.

The US Marshals Service (USMS), for the Eastern District of Virginia, has researched the historical record as to the transfer of Jerod Askew from USMS custody to the Bureau of Prisons (BOP) custody as per this court's Medical Committal order dated November 30, 2021. The following was found on January 25, 2022:

1) The court order, referenced above and dated November 30, 2021, was received by the USMS Norfolk division on December 03, 2021;
2) The USMS Norfolk division sent the court order to the BOP, via the eDesignate system, on December 03, 2021 and requested a medical designation;
3) The BOP sent a designation for Federal Medical Center Lexington (FMC Lexington, KY) to the USMS Norfolk division, for Jerod Askew, on December 07, 2021;
4) The USMS Norfolk division sent a request to the Justice Prisoner and Alien Transportation System (JPATS) on December 15, 2021 for the transportation of Jerod Askew to FMC Lexington;
5) The JPATS sent the USMS Norfolk division a transportation order, for Jerod Askew, on December 17, 2021 with a movement date of December 27, 2021;
6) The USMS Norfolk division moved Jerod Askew to a JPATS movement location (Harrisburg, PA) on December 27, 2021;
7) JPATS moved Jerod Askew from Harrisburg, PA to Grady County, OK on December 27, 2021;
8) Jerod Askew was to move from Grady County, OK to Lexington, KY on January 04, 2022. He tested positive for COVID at the Grady County Jail on January 04, 2022 and was not moved as scheduled;
9) The next date that the JPATS could move Jerod Askew, after he was medically cleared to move, was January 21, 2022. On January 21, 2022 the JPATS refused to move Jerod Askew from Grady County, OK to Lexington, KY because the court order that was traveling with Jerod Askew was

   not signed by Judge Smith. The USMS Norfolk division has gotten a signed copy of the court order to the JPATS;
10) Jerod Askew is currently scheduled to be moved from Grady County, OK to Lexington, KY on February 01, 2022.

Thank you,

_____
Shannon Saylor | SSaylor@usms.doj.gov
Chief Deputy U.S. Marshal
W: 571.481.9763 | C: 804.283.1542
U.S. Marshals Service | Eastern District of Virginia