

Cellebrite
www.cellebrite.com

# Extraction Report - Apple iOS Full File system

## Participants

+17573749722
Bro Rod*

leoaskew1017@icloud.com
_$!<Other>!$_* (owner)

## Conversation - Instant Messages (18)

From: +17573749722 Bro Rod
To: +17576979754 (owner)
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

I really just wana get this court ish out the Way I go Tomar but it's gone get continued

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17576979754 | | 11/29/2021 5:44:32 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Read

11/29/2021 5:44:17 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5BD9B (Table: message, handle, chat; Size: 25219072 bytes)

From: +17576979754 (owner)
To: +17573749722 Bro Rod
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

Why da hell he keep continuing da shit! What sacks talking bout

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17573749722 Bro Rod | 11/29/2021 5:44:59 PM(UTC-5) | 11/29/2021 5:44:59 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Sent

11/29/2021 5:44:58 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5B912 (Table: message, chat, handle; Size: 25219072 bytes)

CH1

To: +17576979754 (owner)
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

Sachs put in a Motion to get Mental Valuated lmao 😂

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17576979754 | | 11/29/2021 5:49:09 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Read

11/29/2021 5:45:06 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5B686 (Table: message, handle, chat; Size: 25219072 bytes)

From: +17573749722 Bro Rod
To: +17576979754 (owner)
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

*me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17576979754 | | 11/29/2021 5:49:09 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Read

11/29/2021 5:45:52 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5B43A (Table: message, handle, chat; Size: 25219072 bytes)

From: +17576979754 (owner)
To: +17573749722 Bro Rod
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

😂😂😂😂😂😂😂😂😂😂😂😂😂😂

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17573749722 Bro Rod | 11/29/2021 5:49:21 PM(UTC-5) | | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Sent

11/29/2021 5:49:20 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5C5A0 (Table: message, chat, handle; Size: 25219072 bytes)

To: +17573749722 Bro Rod
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

U gotta be fuckn joking

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17573749722 Bro Rod | 11/29/2021 5:49:27 PM(UTC-5) | 11/29/2021 5:49:39 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Sent

11/29/2021 5:49:26 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5C325 (Table: message, chat, handle; Size: 25219072 bytes)

From: +17573749722 Bro Rod
To: +17576979754 (owner)
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

Lol Yea Bro Motion for Mental Health and Competency Examination 🤪

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17576979754 | | 11/29/2021 5:51:50 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Read

11/29/2021 5:51:38 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5D6E7 (Table: message, handle, chat; Size: 25219072 bytes)

From: +17573749722 Bro Rod
To: +17576979754 (owner)
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

Laughed at "U gotta be fuckn joking "

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17576979754 | | 11/29/2021 5:57:09 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Read

11/29/2021 5:55:00 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5EB14 (Table: message, handle, chat; Size: 25219072 bytes)

To: +17573749722 Bro Rod
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

Damn what he just staling or something 🕵️‍♂️

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +17573749722 Bro Rod | 11/29/2021 5:57:17 PM(UTC-5) | | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Sent

11/29/2021 5:57:15 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5E8BE (Table: message, chat, handle; Size: 25219072 bytes)

From: +17576979754 (owner)
To: +17573749722 Bro Rod
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

I go dec 21 I'm going to trial

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +17573749722 Bro Rod | 11/29/2021 5:57:24 PM(UTC-5) | 11/29/2021 5:57:51 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Sent

11/29/2021 5:57:24 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5E641 (Table: message, chat, handle; Size: 25219072 bytes)

From: +17573749722 Bro Rod
To: +17576979754 (owner)
To: leoaskew1017@icloud.com _$!<Other>!$_ (owner)

Lmao! Bro I REALLY don't know what's going on I've Been left it in Gods Hand. But I do know for sure it's gone work out in my favor

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +17576979754 | | 11/29/2021 6:08:38 PM(UTC-5) | |
| leoaskew1017@icloud.com _$!<Other>!$_ | | | |

**Status:** Read

11/29/2021 5:59:21 PM(UTC-5)

Source Info:
00008101-000A54E20A93001E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0xE5FF59 (Table: message, handle, chat; Size: 25219072 bytes)