IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Norfolk Division

FILED
IN OPEN COURT

SEP 21 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:21cr8 |
| ) | |
| JEROD MONTREL ASKEW ) | |

## JURY VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, JEROD MONTREL ASKEW:

**COUNT 1:** With respect to Count One, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, namely: 100 grams or more of a mixture or substance containing a detectable amount Heroin; a quantity of a mixture or substance containing a detectable amount of Cocaine; a quantity of a mixture or substance containing a detectable amount of Cocaine Base; and a quantity of a mixture or substance containing a detectable amount of Marijuana.

we find the defendant, **JEROD MONTREL ASKEW**:

Guilty __X__    Not Guilty _____

**FINDING OF FACT:** A conspiracy may have multiple objects. The government need only prove beyond a reasonable doubt one of these objects to sustain a conviction for conspiracy. In this case, you must unanimously determine which of the objects of the conspiracy, listed below, was proven by the government beyond a reasonable doubt. Please indicate your unanimous decision by indicating below which object(s) of the conspiracy was/were proven beyond a reasonable doubt, or not proven.

(1) 100 grams or more of a mixture or substance containing a detectable amount Heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i).

__X__ Proven    _____ Not Proven

(2) A quantity of a mixture or substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

__X__ Proven          _____ Not Proven

(3) A quantity of a mixture or substance containing a detectable amount of Cocaine Base, commonly known to as "Crack Cocaine", a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

__X__ Proven          _____ Not Proven

(4) A quantity of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D).

__X__ Proven          _____ Not Proven

If the jury finds the defendant guilty of Count One, and unanimously agrees that the government has proven the heroin object of the conspiracy, that is to distribute or possess with intent to distribute heroin, then please check the quantity of a mixture and substance containing a detectable amount of HEROIN proven by the government by a reasonable doubt.

__X__ 100 grams or more of a mixture and substance containing a detectable amount of HEROIN

_____ less than 100 grams of a mixture and substance containing a detectable amount of HEROIN

**COUNT 4**: With respect to Count Four, Possession with Intent to Distribute 100 grams or more of a Mixture and Substance Containing a Detectable Amount of Heroin, we find the defendant, JEROD MONTREL ASKEW:

Guilty __X__          Not Guilty _____

**FINDING OF FACT**: If the jury finds the defendant guilty of Count Four, then please check the quantity of a mixture and substance containing a detectable amount of HEROIN proven by the government beyond a reasonable doubt.

__X__ 100 grams or more of a mixture and substance containing a detectable amount of HEROIN

_____ less than 100 grams of a mixture and substance containing a detectable amount of HEROIN

**COUNT 5:** With respect to Count Five, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, we find the defendant, JEROD MONTREL ASKEW:

Guilty __X__        Not Guilty _____

**COUNT 6:** With respect to Count Six, Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine, we find the defendant, JEROD MONTREL ASKEW:

Guilty __X__        Not Guilty _____

**COUNT 7:** With respect to Count Seven, Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base, we find the defendant, JEROD MONTREL ASKEW:

Guilty __X__        Not Guilty _____

**COUNT 8:** With respect to Count Eight, Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana, we find the defendant, JEROD MONTREL ASKEW:

Guilty __X__        Not Guilty _____

**COUNT 9:** With respect to Count Nine, Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana, we find the defendant, JEROD MONTREL ASKEW:

Guilty __X__        Not Guilty _____

**COUNT 10:** With respect to Count Ten, Possession of a Firearm in furtherance of a Drug Trafficking Crime, we find the defendant, JEROD MONTREL ASKEW:

Guilty __X__        Not Guilty _____

UNITED STATES v. JEROD MONTREL ASKEW
Criminal No. 2:21cr8

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

Date: 9/21/2022

_____
Foreperson's Signature